IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01983-AP

JOSE PIZARRO,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Dan R. Cohen, Reg. No. 22587
700 Broadway, Ste. 1101
Denver, CO 80203
(303) 831-7670
(303) 860-8262 (facsimile)
E-mail: dan@pepemendez.com

For Defendant:
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0815
Fax: (303) 844-0770
E-mail: teresa.abbott@ssa.gov
*Street Address:*

1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:** October 11, 2005.

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** October 27, 2005.

    **C.**    **Date Answer and Administrative Record Were Filed:** December 22, 2005.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The administrative record was filed and it appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Plaintiff has not submitted additional evidence nor anticipates doing so.

    Defendant states there is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties do not believe that this case presents unusual issues.

**7. OTHER MATTERS**

    None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**  February 17, 2006.

    B.    **Defendant's Response Brief Due:**  March 20, 2006.

    C.    **Plaintiff's Reply Brief Due:**  April 4, 2006**.**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 3rd day of January, 2006.

                                    BY THE COURT:

                                    S/John L. Kane
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Dan R. Cohen<br>Dan R. Cohen, Reg. No. 22587<br>700 Broadway, Ste. 1101<br>Denver, CO 80203<br><br>Telephone:  (303) 831-7670<br>e-mail: dan@pepemendez.com<br><br>Attorney for Plaintiff | WILLIAM J. LEONE<br>United States Attorney<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>By: s/ Teresa H. Abbott<br>Teresa H. Abbott<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0815<br>FAX: (303) 844-0770<br>e-mail:  teresa.abbott@ssa.gov<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br><br>Attorneys for Defendant |