IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-1983-AP**

**JOSE PIZARRO,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

---

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #7), filed March 20, 2006.  This Court has reviewed the file and considered the motion.  It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  March 20, 2006

                                          BY THE COURT:

                                          S/**John L. Kane**
                                          SENIOR JUDGE,
                                          UNITED STATES DISTRICT COURT