IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-1983-AP**

**JOSE PIZARRO,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Application for Attorney Fees Under the Equal Access to Justice Act (doc. #14), filed May 5, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$1,738.75**.

Dated at Denver, Colorado, this 10th day of May, 2006.

                                          BY THE COURT:

                                          **S/John L. Kane**
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT